**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820
MDDAMDChambers@mdd.uscourts.gov

March 27, 2003

MEMORANDUM TO COUNSEL RE:

Mazzarello v. Lucent Technologies, Inc.
Civil No. AMD 02-3576

    Thank you for your comprehensive status report. I am constrained to deny the request for an extension of the due date for dispositive motions. Frankly, such an extension would not appear to be necessary to the defendant's proposed motion.

    I recognize that defendant would rather have all discovery completed before filing its motion.

    In any event, I certainly have no objection to your informal agreement to complete depositions after the close of discovery.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt