IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER MAZZARELLO, | * |
| Plaintiff, | * |
| v. | * |
| LUCENT TECHNOLOGIES INC., | *     Civil Action No. AMD 02 CV 3576 |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Upon consideration of Defendant Lucent Technologies Inc.'s ("Defendant") Motion for Summary Judgment, the Memorandum of Points and Authorities in Support thereof with attached exhibits, and all matters of record; having determined that no oral hearing is necessary; and being of the opinion that there is no genuine issue of material fact, and that Defendant is entitled to judgment as a matter of law; it is by the Court, this _____ day of _____, 2003,

**ORDERED** that Defendant's Motion shall be, and the same is hereby, **GRANTED** in its entirety; and it is further

**ORDERED** that Plaintiff's Complaint in its entirety shall be, and the same is hereby, summarily dismissed with prejudice; and it is further

**ORDERED** that all costs in this matter are taxed against Plaintiff.

_____
Judge
United States District Court

\\LAB\369562