# EXHIBIT C

**Deposition of Chris Herr**
**Taken on March 17, 2003**

1      A.   There are customer conferences that are

2    product oriented.

3      Q.   Okay.

4      A.   That's product training for customers that

5    sales people attend as well.

6      Q.   Now, how often do those conferences occur?

7      A.   It's product specific.  Usually if you look

8    at a family of products, maybe once a year.

9      Q.   Now, you've indicated that you've received

10   management training?

11     A.   Uh-huh.

12     Q.   And this is also pursuant to your

13   employment with Lucent?

14     A.   Yes.

15     Q.   What has this management training consisted

16   of?

17     A.   I have had coaching skills classes.  I have

18   had diversity skills classes.  Formal classes, I

19   think that's it with Lucent.

20     Q.   And what have these coaching classes

21   consisted of?

Deposition of Chris Herr
Taken on March 17, 2003

Page 15

1      A.  Basically you -- the classes that I

2  attended were some part lecture, some part case

3  study.  In some cases it was one-on-one kind of like

4  role playing.

5      Q.  Now, when you use the word coaching, what

6  do you understand that word to mean?

7      A.  Working with others.

8      Q.  In what capacity?

9      A.  Trying to determine mutual goals.  Trying

10  to understand what's the best path to get a goal

11  accomplished.

12      Q.  Is this on a peer level or is this on a

13  level of supervisor to employee?

14      A.  This particular class I'm referring to was

15  manager to employee.

16      Q.  Has there only been this one class in

17  coaching?

18      A.  Yes, that I can recall at this moment.

19      Q.  Now, you've mentioned that you had

20  diversity skills training?

21      A.  Uh-huh.

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 16

1      Q.  Is this separate from the diversity

2    training that you've previously indicated that

3    you've had or is this the same?

4      A.  I've had a class in diversity training.

5      Q.  And when was that, sir?

6      A.  I think it was in spring of 2000, but I'm

7    not clear on the date.

8      Q.  And what did -- and this was only one

9    class?

10     A.  Uh-huh.

11     Q.  And what did this class consist of?

12     A.  Role playing and lecture.

13     Q.  Now, was this one class session or was this

14   over a period of time?

15     A.  It was a one day class.  It was associated

16   with a coaching class.

17     Q.  And what topics were covered in that class,

18   Mr. Herr?

19     A.  Topics of race, topics of male-female

20   relationships, topics of women in the workplace.  I

21   think also topics of language, topics of

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 17

1    accommodating people with handicaps.

2        Q.  Anything else?

3        A.  That's all.

4        Q.  Do you recall what specifically was

5    discussed in terms of male-female relationships in

6    this class?

7        A.  Not specifically.

8        Q.  Do you recall specifically what was

9    discussed along the lines of topics of women in the

10   workplace?

11       A.  I couldn't go into specifics.  What I would

12   say is that they had discussions on appropriate

13   behavior.  They had discussions on appropriate

14   language.  They had situations where they would

15   present a case where the instructor would take a

16   position as an employee and you would have to

17   respond to it.

18       Q.  Do you recall what was lectured on as far

19   as appropriate behavior in the workplace?

20       A.  Yes, it was supporting professionalism and

21   focusing on the job at hand.

Page 18

1      Q.  What specifically was taught to be

2   appropriate behavior in the workplace?

3      A.  It was not a class where they would say

4   don't do this, it was a class that said these are

5   the things that need to be done in terms of

6   appropriate behavior.

7      Q.  Okay.  And do you recall what things were

8   said that needed to be done to constitute

9   appropriate behavior in the workplace?

10     A.  It's a focus on the job at hand.

11  Regardless of who the employee is, the task was to

12  be looked at here as an objective that has to be

13  covered and here are the resources that you have.

14  Everybody has skills and strengths.  It's best to

15  get the people best suited to the task on the

16  assignment.

17     Q.  And how did that relate vis-a-vis the

18  male-female interaction in the workplace?

19     A.  Help me understand your question.

20     Q.  Okay.  You've just indicated that one of

21  the aspects of this diversity training or one of the

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 19

1    things that were taught to you was along the lines

2    of working to better utilize the strengths of the

3    team for a specific task at hand?

4         A.    Uh-huh.

5         Q.    What I believe I asked you was in what way

6    did this particular topic of utilizing strengths

7    relate to the male versus female dynamic in the

8    workplace?

9              MR. NICCOLINI:    Objection.    You can

10             answer.

11        A.    I think the thrust of the class is to say

12   that the strengths in the profession that Lucent

13   hires, there isn't a difference between male and

14   female.

15   BY MR. ZUNA:

16        Q.    What specifically, if anything, do you

17   recall regarding the topic of language that was

18   taught in this diversity class that you've taken?

19        A.    The topic of language I don't think was

20   addressed explicitly.

21        Q.    Well, how was it addressed implicitly?

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 20

1        A.   I think it was addressed implicitly by

2   saying always act with professionalism, always act

3   with the job in mind at hand.

4        Q.   What specifically, if anything, do you

5   recall regarding the topic of race that was

6   discussed in this diversity training?

7        A.   The buzz word that sticks out in my mind is

8   race matters.  It's an important issue, it's an

9   issue that has large emotions associated with it.

10   And people need to be viewed holistically as if they

11   can do the job regardless of race.

12        Q.   You've indicated that -- aside from the one

13   diversity class, have you had any other diversity

14   training while at Lucent?

15        A.   Yeah, many years ago there was a seminar

16   when I was in the Connecticut office.  It was early

17   in the '90s.  It was a -- all of the salespeople

18   attended the class.  It was a view graph

19   presentation many years ago.  It was about an hour

20   and a half.

21        Q.   Do you recall specifically what, if

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 21

1    anything, was discussed in this view graph

2    presentation?

3        A.  Similar topics, male-female relations,

4    race.  I think religion was brought up in that class

5    as well.

6        Q.  Do you recall what, if anything, was

7    discussed along the topic of religion?

8        A.  There was no discussion, it was a view

9    graph presentation.  I can't speculate, no.  I don't

10   recall either.

11       Q.  Did you receive a certificate for your

12   participation in this diversity training class in

13   the early '90s?

14           MR. NICCOLINI:   Objection.  You can

15       answer.

16       A.  No, it was something that they brought out

17   to the sales folks.

18   BY MR. ZUNA:

19       Q.  Okay.  Now, after you had -- now, you

20   completed this diversity class that you indicated

21   you took in 2000, correct?

**Deposition of Chris Herr**
**Taken on March 17, 2003**

1            MR. NICCOLINI:    Objection.

2        A.  Ask your question again.

3    BY MR. ZUNA:

4        Q.  Okay.  Did you fully complete the diversity

5    class that you took in the year 2000?

6            MR. NICCOLINI:    Objection.

7        A.  I attended a class on coaching and

8    diversity.  It was a three day class with one day of

9    diversity and two days of coaching.  I don't recall

10   the exact name of the class.  Yes, I completed it.

11   BY MR. ZUNA:

12       Q.  Did you receive a certificate for your

13   completion of the class?

14       A.  Lucent typically offers a certificate.  I

15   completed the class.

16       Q.  Do you recall if you received your

17   certificate?

18       A.  I don't recall.

19       Q.  Now, you just indicated that this diversity

20   class was factored into the larger coaching class.

21   Now, is this the same coaching class that you've

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 29

1       A.  Sales manager.

2       Q.  How long have you been in this sales

3   manager's position?

4       A.  Four years.

5       Q.  Have you been based in Columbia throughout

6   that entire time?

7       A.  I started off in Hamden, Connecticut and

8   moved to Linthicum, Maryland, then to Columbia,

9   Maryland.

10      Q.  Now, when did you move from Linthicum to

11  Columbia?

12      A.  December of last year.

13      Q.  What were the circumstances of your move to

14  Columbia from the Linthicum location?

15      A.  Downsizing the office space.  The office

16  that I was in was being closed.

17      Q.  And when did you move from New Haven to

18  Linthicum?

19      A.  '98.  Maybe November, December of '98.

20      Q.  And what were the circumstances surrounding

21  your move to Maryland from Connecticut?

**Deposition of Chris Herr**
**Taken on March 17, 2003**

1    A.  I was selling to one account and I was

2  moved to a new account based on a promotion.

3    Q.  And would this have been a promotion to the

4  sales manager's position that you've already

5  testified to?

6    A.  Correct.

7    Q.  What position did you occupy at the time of

8  that promotion in '98?

9    A.  I was a salesman, and I had one person

10 reporting to me at that time.

11   Q.  Now, in your current position as a sales

12 manager, do you have people that report to you now?

13   A.  Correct.

14   Q.  How many people do you have reporting to

15 you now?

16   A.  Today, two and one dotted line.

17   Q.  And what do you mean when you say and one

18 dotted line?

19   A.  50 percent of the time he sells my products

20 into my account.  The other 50 percent of the time

21 he sells into different accounts.

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 118

1      A.  I'm aware of the allegations.

2      Q.  Is the allegation true?

3      A.  No.

4      Q.  Are you aware of the allegations in

5 Ms. Mazzarello and Ms. Bryan's complaints that

6 following this discussion that as you walked by the

7 cubicles in the office you would wave an empty

8 bottle at them as they were on the phone?

9      A.  I'm aware of the allegation.

10     Q.  Is the allegation true?

11     A.  No.

12     Q.  Now, did there ever come a time in which

13 Ms. Bryan or Ms. Mazzarello made any statements or

14 informal complaints to you in reference to your

15 conduct in the office?

16     A.  Conduct, no.

17     Q.  Did there come a time where Ms. Mazzarello

18 or Ms. Bryan had any statement or conversation with

19 you regarding statements that you made in the

20 office?

21     A.  Yes.

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 119

1        Q.  Do you recall when that was, sir?

2        A.  Jennifer had -- Ms. Mazzarello had made

3    some comment about language I was using.  I said,

4    "Okay, let's talk about it."  So I think we

5    scheduled something for either that day or the next

6    day, went downstairs and grabbed a bite to eat.

7        Q.  So you had lunch?

8        A.  Yeah.

9        Q.  And do you recall what was said during this

10   conversation or during this meeting that you had

11   with Ms. Mazzarello?

12       A.  No.

13       Q.  Do you recall what specific comments she

14   took issue with at that time?

15       A.  My recollection is it was vague.  It was

16   nothing specific.  It was, "I don't appreciate some

17   language that you're using."  I said okay.

18       Q.  Do you recall any of the specific language

19   that she was taking issue to?

20       A.  I don't really recall, no.  My recollection

21   is there was no discussion on specific language.

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 120

1      Q.  And what response, if any, did you have for

2   Ms. Mazzarello at that time?

3      A.  I acknowledged her position.  I think

4   either that day or the next day I said, "Jennifer,

5   nice to have lunch with you" -- I sent this to her

6   in writing, it's in the deposition I believe.  I

7   said, "I appreciated our conversation.  Let's

8   continue to make each other work to the highest

9   standards."  I said -- I used the phrase, "Let's

10  keep the bar high."

11           MR. ZUNA:   Can I have this marked, please.

12           (Deposition Exhibit 1 marked.)

13  BY MR. ZUNA:

14      Q.  I'm going to show you what's been marked as

15  Deposition Exhibit 1.  I'll ask you to look at that

16  document.  Have you seen that document before, sir?

17      A.  Yeah, it looks like something I wrote.

18      Q.  Can you describe for me what that is?

19      A.  Would you like me to read it?

20      Q.  No, you don't have to read it.  If you can

21  describe for me what it is?

Deposition of Chris Herr
Taken on March 17, 2003

Page 121

1        A.    This is the document I had talked about

2    after we had lunch where I said yes, I hear your

3    request about my language.  You're right, let's

4    continue to work towards making it a better

5    workplace.

6        Q.    Now, after this discussion with

7    Ms. Mazzarello -- well, strike that.

8              Aside from this discussion or this meeting

9    that you had with Ms. Mazzarello, was there any

10   other conversation with either yourself and

11   Ms. Bryan or Ms. Mazzarello regarding your language

12   or conduct within the office?

13       A.    No.

14       Q.    Did Ms. Bryan ever make any comment to

15   you --

16       A.    No.

17       Q.    -- regarding your language or comments in

18   the office?

19       A.    Not that I recall.

20       Q.    Did Ms. Mazzarello aside from this one

21   meeting make any other comment or have any

Page 141

1   make a request of you to allow her to transfer off

2   of your team?

3       A.   Yes.

4       Q.   Did you advise her that you agreed to

5   transfer her off of the team at that time?

6       A.   I had asked her to stay.  She was a

7   valuable and important resource to the team.

8       Q.   The question was did you agree at that time

9   to allow her to transfer from your team?

10      A.   I don't recall.  I don't recall honestly.

11      Q.   Now, how long after this meeting with

12  Ms. Bryan did you receive a phone call from Mr. May?

13      A.   Shortly.

14      Q.   Then what happened at that time?

15      A.   I was confronted by Ed May and Sarah

16  Brazier.  Sarah spoke, Ed spoke.  Sarah got up and

17  left.  Ed had confronted me on three specific

18  complaints, three specific pieces of language.

19      Q.   What were those?

20      A.   I believe it was -- well, I'm unclear.  I

21  remember sphincter, woody and there was another one.

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 142

1    Ed told me it was unacceptable behavior, that I was

2    to stop immediately.  If it continued there would be

3    additional consequences.

4         Q.  Did Mr. May elaborate as to what additional

5    consequences meant?

6         A.  I think it was pretty clear.

7         Q.  Okay.  In your mind then what did that

8    mean?

9         A.  Without corrective action in a continued

10   course as it was alleged I would expect termination.

11        Q.  Now, you've indicated that Ms. Brazier was

12   there for at least a portion of this discussion with

13   Mr. May?

14        A.  Uh-huh, yes.

15        Q.  What did Ms. Brazier say during the course

16   of this conversation?

17        A.  She said, "Listen to Ed."

18        Q.  And then she left?

19        A.  Basically it was a -- Sarah and I had

20   talked earlier about the issue with Ms. Mazzarello.

21   I did not have a lot of discussion about Ms. Bryan.

Deposition of Chris Herr
Taken on March 17, 2003

Page 144

1    team.  When you use the word team, what do you mean?

2    A.  The people in my organization.

3    Q.  Is this on the customer team or is this the

4    specific -- well, yeah, is it the Verizon customer

5    team that we're referring to?

6    A.  Yes.

7    Q.  Now, after your discussion with Mr. May

8    regarding the language that he termed to be

9    unacceptable, what, if anything, further was done in

10   terms of corrective action towards you?

11   MR. NICCOLINI:   Objection.  Go ahead.

12   A.  He reprimanded me and said that I had to

13   take training so I could understand what I was

14   supposed to be doing.

15   BY MR. ZUNA:

16   Q.  Now, when you say reprimanded, what do you

17   mean by that?

18   A.  He told me that my behavior was

19   unacceptable as a Lucent manager, and that I had to

20   stop it immediately.

21   Q.  Was there anything further in terms of a

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 145

1    reprimand?

2       A.  I know it went in my file, if that's what

3    you mean.

4       Q.  This would be your personnel file?

5       A.  Uh-huh.

6       Q.  Now, the transfer request Ms. Bryan had

7    made of you, was this -- strike that.

8          When you contacted Ms. Brazier and Mr. May

9    regarding Ms. Bryan's transfer request, from where

10   did you describe that Ms. Bryan wanted to be

11   transferred from?

12      A.  Off of my team, off of the Y2K project.

13   You have to remember --

14      Q.  Now, I'm sorry, did you advise specifically

15   that --

16         MR. NICCOLINI:   Let him finish his

17      response.

18   BY MR. ZUNA:

19      Q.  Go ahead and answer.

20      A.  Lisa was very good at her job.  I did not

21   want her to transfer off.  I was unaware of her

Page 147

1    them she got a little bit of -- how about this.  She

2    was moved into a similar position of sales

3    realization on the Verizon team.

4         Q.  Did she still have any responsibilities as

5    far as the Y2K team?

6         A.  No, it was a clean break.

7         Q.  It was a clean break, okay.  Now, when

8    Ms. Mazzarello transferred away from your

9    supervision, did she have any responsibilities in

10   terms of the Y2K project or the Verizon customer

11   team?

12        A.  She transferred within the Verizon customer

13   team.  She had no association with me or my projects

14   that I was working.

15        Q.  Isn't it true, Mr. Herr, that after

16   Ms. Bryan's transfer from your supervision that she

17   still had responsibilities for an audit in reference

18   to the Y2K project?

19        A.  I recall an audit, but I think that was

20   more in the summer.  No, when she left she left.

21   She probably had files on her PC.  The audit was

Page 148

1    done in the summer.  Ms. Bryan left in like the

2    August time frame.

3        Q.  Now, after Ms. Mazzarello and Ms. Bryan

4    transferred away from your supervision, did they

5    still have occasion to interact with you in the

6    workplace or have to work on projects in which you

7    were involved?

8            MR. NICCOLINI:   Objection.

9        A.  There were no projects that we worked on

10   together after they had taken new assignments.  The

11   interaction was of a non substantive nature, hello,

12   how are you.  If there was work that had to be done,

13   I reassigned a couple people on my team to backfill

14   for Ms. Mazzarello and Ms. Bryan.  I also picked up

15   another employee to assist in that process.  I think

16   I brought him on after Jennifer.  I would say the

17   only interaction would probably be with my team

18   members asking for files that were on their PCs.

19   BY MR. ZUNA:

20       Q.  Were there meetings that you would have had

21   to have attended with either Ms. Bryan or

**Deposition of Chris Herr**
**Taken on March 17, 2003**

Page 201

1    commencement of litigation in this case?

2        A.   None that I can recall.

3        Q.   Did you ever make a comment to employees of

4    Lucent that Ms. Mazzarello and Ms. Bryan could no

5    longer work on the Y2K team because they were suing

6    you for sexual harassment?

7        A.   I never made that comment.

8        Q.   Did you ever make that comment to anyone?

9        A.   I never made that comment.  I did not want

10   Ms. Mazzarello or Ms. Bryan to leave the Y2K team.

11   They were good employees, simple as that.  I

12   believed I worked hard to prove that to them,

13   getting raises for them, writing reviews for them,

14   writing promotion questions, having the promotion

15   request denied, having to go back, rewrite the

16   request and finally get the promotion.  I believe I

17   got them satisfactory raises.  I did not want them

18   to leave the team, they were good.

19       Q.   The question was after they had left, did

20   you ever tell anyone that the reason why they had

21   left was that they had sued you for sexual

Deposition of Chris Herr
Taken on March 17, 2003

Page 203

1    commencement of litigation we're here for today, did

2    you ever advise anyone that the reason why Ms. Bryan

3    or Ms. Mazzarello left your team was because they

4    were at that time suing you for sexual harassment?

5        A.   No.

6        Q.   Did you ever advise anyone in this span of

7    time that we've discussed that the reason why

8    Ms. Mazzarello or Ms. Bryan had left your team was

9    because they had made claims of sexual harassment or

10   discrimination against you?

11       A.   No, I kept this discussion to myself only.

12       Q.   Did you ever make the comment that the

13   coaching class that you were assigned to was charm

14   school?

15       A.   There is a phrase called charm school, but

16   not that class.  And no, I did not make that

17   comment.

18       Q.   Did you ever make reference to the

19   allegations that had been made against you by

20   Ms. Mazzarello or Ms. Bryan-- well, strike that.

21            Did you ever make the statement that the

**Mazzarello, Jennifer L (Jennifer)**

| | |
|---|---|
| **From:** | Herr, Christopher H (Christopher) |
| **Sent:** | Thursday, May 27, 1999 1:24 PM |
| **To:** | Jennifer Mazzarello |
| **Subject:** | Thank you |

Jennifer,

I appreciate your comments requesting that I change my vocabulary. You are right. Thank you. Please continue to hold the bar high.

Chris

