**EXHIBIT D**

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 8

1    Q    You became a sales manager in 2001?

2    A    2000, yes, 2000.

3    Q    Was that a promotion --

4    A    Yes, November 15.

5    Q    One thing I forgot to say.  You have to let

6    me finish the question because we're talking at the

7    same time, we're not going to have a clear record.

8    You may know what I'm going to ask, but let me finish

9    the question before you start your answer.

10   A    Okay.

11   Q    In 2000 when you became a senior sales

12   manager that was a promotion?

13   A    Correct.

14   Q    What were you before that, what was your job

15   immediately before you become a senior sales manager?

16   A    Account executive.

17   Q    For what period of time were you an account

18   executive?

19   A    10 years.

20   Q    Briefly what's your educational background?

21   A    Master's from Johns Hopkins; bachelor's from

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 19

1    Q    Right.  But as an AE you were -- were you

2    supervising either Jennifer Mazzarello or Lisa Bryan?

3    A    No.

4    Q    And AE to be clear is an account executive,

5    right?

6    A    Right.

7    Q    Once you became senior sales manager,

8    C-level manager in November 2000, that's when you were

9    supervising both Jennifer Mazzarello and Lisa Bryan?

10    A    Correct.

11    Q    Did you know who their previous supervisor

12    was?

13    A    John Donaldson.

14    Q    Did you know John Donaldson supervised both

15    Jennifer Mazzarello and Lisa Bryan?

16    A    Yes.

17    Q    And did Mr. Donaldson leave immediately

18    before you came on board or was there a gap there?

19    A    Leave?

20    Q    You replaced him?

21    A    Yes.

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 22

1      Q    Did he ever supervise you?

2      A    No.

3      Q    Did you have any information either personal

4   or from other individuals as far as Chris Herr

5   conducting himself in a way that was contrary to the

6   Lucent policy with regard to sexual harassment or

7   anything like that?

8      A    No.

9      Q    So you were not aware of any allegations

10  that Chris Herr had violated any sexual harassment

11  policies of Lucent?

12     A    In a particular time frame?

13     Q    At any time.

14     A    I mean I know about it now.

15     Q    When did you first find out about it?

16     A    I guess --

17          MR. NICCOLINI:  This point I'm going to

18     instruct you not to answer as to any information

19     you obtained by or through counsel.

20          THE WITNESS:  Okay.

21     A    Would you restate?  Thank you.

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 23

1     Q    Other than from hearing it from an attorney,

2    from Lucent, an attorney who represents Lucent, how

3    did you first find out about any allegations that

4    Chris Herr had committed any acts that violated the

5    policy at Lucent regarding sexual harassment?

6     A    Through Jennifer.

7     Q    When did that happen?

8     A    Midyear review in 2001 I guess this is.

9     Q    That was midyear review 2001?

10    A    Yes.

11    Q    Would that have been your first performance

12    evaluation for Jennifer Mazzarello?

13    A    Midyear, yes.

14    Q    That was the first time you had given a

15    performance evaluation for Jennifer Mazzarello?

16         MR. NICCOLINI:  Objection.

17    Q    Is that correct?

18    A    Pardon me?

19    Q    That would have been the first time that you

20    had conducted an evaluation of Jennifer Mazzarello; is

21    that correct?

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 26

1      Q    Midyear would have been, if you want to be

2    literal, would have been April 1st because that would

3    have been six months?

4      A    Right.

5      Q    Would it have been April 1st?

6      A    It would have been in the time frame.

7      Q    It doesn't have to be exact day?

8      A    Right, right.

9      Q    What exactly did Jennifer Mazzarello tell

10   you about Chris Herr at this midyear review in 2001?

11     A    She mentioned that she was uncomfortable

12   being around him and that some things had happened in

13   the past.

14     Q    Did she say what had happened in the past?

15     A    I told her that I didn't know what happened

16   in the past, and I actually preferred not to know the

17   details.

18     Q    Why?

19     A    Because I wanted to strictly stick to the

20   business at hand.

21     Q    Were you familiar with the sexual harassment

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 31

1    what incidents had occurred between Lisa Bryan and

2    Chris Herr?

3        A    No.

4        Q    Did you ever have any conversations with Tom

5    Moore about Chris Herr's treatment of either Lisa

6    Bryan or and/or Jennifer Mazzarello?

7            MR. NICCOLINI:    Objection.

8        A    After my meeting with Lisa at the -- not

9    Lisa, Jennifer, at the midyear review Jennifer had

10   complained that Chris continues to be promoted and had

11   never had, had never received training in the area of

12   this, and on.  So I went to talk to Tom afterwards and

13   Tom said Chris hadn't been promoted.  He was doing the

14   same level job as he did before, and he did receive

15   training.  I went back to Jennifer and said, you know,

16   Chris is still doing the same job he did before, same

17   level.  And he received training.

18       Q    Do you know what kind of training?

19       A    No, I do not.

20       Q    Were you advised by anyone at Lucent other

21   than an attorney that Chris Herr was given any kind of

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 32

1    counseling in terms of awareness of dealing with

2    sexual harassment issues?

3        A    At the time Tom said he received training

4    that's what he was speaking of.

5        Q    When you said training I thought you meant

6    to do a particular kind of job.  Did you mean

7    counseling?

8        A    Yes.

9        Q    Let me back up then.  Did Jennifer

10   Mazzarello tell you she was concerned that Chris Herr

11   had been promoted without going through counseling?

12            MR. NICCOLINI:  Objection.  Asked and

13       answered.

14            You can answer it again.

15       A    I think I've answered it.  You want to ask

16   it again?

17       Q    You said training.

18       A    I meant that he went to, I was told that he

19   went to training appropriate for the incident.  I

20   don't know what training, I don't know what

21   counseling.  I have no idea.

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 39

1    Q    When did Tom Moore tell you that?

2    A    The same day as the interim review.

3    Q    Of Jennifer Mazzarello?

4    A    Yes.

5    Q    So it was the same day you went to Tom

6  Moore, correct?

7    A    And asked about, you know, if he had been to

8  any training.

9    Q    He meaning Chris Herr?

10    A    Yes.

11    Q    Now, was the word training what Jennifer

12  Mazzarello used or did she use the word counseling or

13  some other word?

14    A    I believe training.

15    Q    At that point in time did Tom Moore tell you

16  that Chris Herr had already completed this sexual

17  harassment training?

18    A    Yes.

19    Q    Did you then advise Jennifer Mazzarello that

20  Chris Herr had already completed this sexual

21  harassment training?

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 40

1      A    Yes.

2      Q    What was Jennifer Mazarello's reaction?

3      A    I don't recall.

4      Q    Did Tom Moore tell you why Chris Herr was

5 going or had gone through sexual harassment training?

6      A    No.

7      Q    Did you ever have any discussions with Chris

8 Herr about sexual harassment training?

9      A    No.

10     Q    As the C-level manager in the Verizon team I

11 guess Chris Herr would have been a B level; is that

12 right?

13     A    C.

14     Q    He was also C.  Did you ever have meetings

15 which involved Chris Herr?

16     A    No.

17     Q    Did you ever have any interactions directly

18 with Chris Herr after say November of 2000?

19     A    No.

20     Q    So as I understand your testimony Chris Herr

21 physically was located in the same area of the

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 54

1    was a sexual relationship between Tom Moore and Kelly

2    Hanlon?

3        A    No.

4        Q    Other than hearing rumors they were spending

5    a lot of time together, did you hear any rumors about

6    any other details about a relationship between Tom

7    Moore and Kelly Hanlon?

8        A    No.

9        Q    Did anyone at Lucent ever voice any concerns

10   in your presence that the relationship between Kelly

11   Hanlon and Tom Moore was not appropriate?

12       A    No.

13       Q    Were you aware of any mentoring relationship

14   between Jennifer Mazzarello and Kelly Hanlon?

15       A    Yes.

16       Q    Tell me what you understood.

17       A    Jennifer came to me one day and told me that

18   she was mentoring Kelly.  And I did not know that.

19   And she had some concerns about it because of her

20   workload.  And I said that I would go talk to Tom

21   immediately and suggest that that end.

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 55

1      Q     Do you remember when that happened?

2      A     I don't recall, no.

3      Q     So Jennifer volunteered to you that she was

4   mentoring Kelly.  And as I understand it from your

5   testimony, Jennifer was concerned that her workload

6   was more than she could handle along with doing the

7   mentoring; is that a fair way to put it?

8      A     Yeah, that's how I recall.

9      Q     Did she give you any details about what she

10   was doing in terms of mentoring Kelly Hanlon?

11      A     I don't remember now, no.

12      Q     Did she tell you how it was that she first

13   came to be involved in a mentoring relationship with

14   Kelly Hanlon?

15      A     No.

16      Q     As a result of Jennifer Mazzarello advising

17   you that she was mentoring Kelly Hanlon and had these

18   concerns about her workload, what if anything did you

19   do?

20      A     I went to Tom and said that I wasn't aware

21   that Jennifer was mentoring Kelly, and I'd like for

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 56

1    that to end.

2        Q    What was Tom Moore's reaction?

3        A    He said okay, fine.  That's how I recall it.

4    And we ended it a short time after that, I think.

5        Q    How was it ended?

6        A    I just told Jennifer she didn't have to

7    mentor Kelly anymore.

8        Q    Did you talk about it with Kelly Hanlon?

9        A    No.

10        Q    What if anything did Jennifer Mazzarello say

11    when you told her that she didn't have to mentor Kelly

12    Hanlon anymore?

13        A    I think she was relieved if I recall

14    correctly.  She was happy about that, not happy to do

15    that.

16            (Brief pause in the proceedings.)

17    BY MR. BENNETT:

18        Q    Now, did you know or work with Tom Moore

19    before you became a D-level manager -- no, C level, I

20    guess you were C.  While you were an account

21    executive, I think you mentioned you worked with Tom

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 62

1    August.

2        Q    Do you recall what the circumstances were,

3    at least as you understood them, in terms of what

4    brought about her decision to resign?

5        A    She said that she was getting a higher

6    salary.

7        Q    Where she was going to, you mean?

8        A    Yes, a higher base salary.

9        Q    Did she tell you, did Jennifer Mazzarello

10   tell you that she was leaving Lucent because of any

11   concerns of any kind about the way she had been

12   treated or any conduct she had been subjected to at

13   Lucent?

14       A    No.

15       Q    Did Jennifer Mazzarello ever complain to you

16   about any conduct that she had been subjected to by

17   Tom Moore?

18       A    She said that she was uncomfortable meeting

19   with Tom alone.

20       Q    When was that?

21       A    I don't recall.  It would be sometime

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 67

1     Q    When was that?

2     A    Sometime in midyear, she mentioned she was

3 meeting with Tom.  I asked her if she wanted me to go

4 along, she said no.

5     Q    Did she explain why she was meeting with

6 Tom?

7     A    No.

8     Q    Did you ever ask Tom Moore about his

9 relationship with Jennifer Mazzarello?

10     A    No.

11     Q    Did you ever discuss with Kelly Hanlon about

12 Tom Moore's relationship with Jennifer Mazzarello?

13     A    No.

14     Q    Did you have any discussions with anyone at

15 Lucent at any time other than with an attorney

16 concerning Tom Moore's relationship with Jennifer

17 Mazzarello?

18     A    No.

19     Q    Were you aware of any complaints or problems

20 that were voiced by Jennifer Mazzarello regarding her

21 relationship with you?

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 68

1      A     No.

2      Q     Were you aware of any problems or concerns

3    that were raised by Lisa Bryan with regard to her

4    relationship with you?

5      A     No.

6      Q     After you came on board as a C-level manager

7    I think you indicated at that point that Lisa Bryan

8    was not under your supervision, correct?

9      A     Pardon?

10     Q     As of November 2000 when you came on board

11   as a C-level manager Lisa Bryan was not being

12   supervised by you; is that correct?

13     A     No.

14     Q     Did there come a point in time when Lisa

15   Bryan was supervised by you?

16     A     November 15, 2000 she was part of my team.

17     Q     How long did that last?

18     A     Until she moved on to another job.

19     Q     Which was when?

20     A     Say late March or early April, I don't

21   recall a date.

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 133

1          Q      The subject is an e-mail from Tom Moore to

2     Lisa Bryan with regard to the 2001 compensation for

3     AEs.  Do you recall any discussions with Tom Moore

4     about having Lisa Bryan be involved in a similar

5     arrangement as the other AEs?

6          A      No.

7          Q      Do you recall having discussion with Tom

8     Moore about having Lisa Bryan not be involved in the

9     same kind of compensation plan as the AEs for 2001?

10         A      No, I don't recall.

11         Q      Were you a participant in any discussion

12    with Lisa Bryan or anyone else at Lucent about her

13    becoming a C-level manager?

14         A      No.

15         Q      Did you ever have any discussions with

16    Jennifer Mazzarello about her becoming a B-level

17    manager?

18         A      Yes.

19         Q      Tell me about that.

20         A      During one of our first meetings setting

21    objectives, and I told her that that it was a bit of a

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 134

1    stretch.  I believe she was an A4.

2        Q    What did she tell you?

3        A    That she wanted to be a B-level manager.

4        Q    Did she give any kind time frame?

5        A    I don't recall now.

6        Q    So when you said it was a bit of a stretch

7    what, that she would ever be a B-level manager or that

8    she would be a B-level manager within two weeks?

9        A    I don't recall time frame being discussed.

10        Q    You told her you thought it was a bit of a

11    stretch, right?

12        A    A bit of a stretch.  You know what, I do

13    remember now for the end of the year she had it on her

14    objectives.  I'm doing this from memory now.  She had

15    it on her objectives to be a B-level manager by

16    September 30th, and I thought that was a bit of a

17    stretch.

18        Q    What time frame was this?

19        A    When we were setting objectives in January.

20        Q    January of 2000 or 2001?

21        A    2001.

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 135

1      Q     January 2001 you had a meeting with Jennifer

2    Mazzarello, she indicated to you one of her goals was

3    to become a B-level manager by September 30, 2001?

4      A     Yes.

5      Q     And you told her that's unrealistic?

6      A     Yes.

7      Q     What did she say to that if anything?

8      A     We changed the objective form to A5 as a

9    stretch objective, and we agreed to that.

10      Q     Did she tell you she had had any discussions

11    with anyone else at Lucent about becoming a B-level

12    manager?

13      A     I don't recall any.

14      Q     Did she tell you she had had any discussions

15    with Tom Moore about become a B-level manager?

16      A     I don't recall any now.

17      Q     Did you ever tell anybody that Jennifer

18    Mazzarello had a problem working for you?

19      A     No.

20      Q     Did you ever say that to Jennifer

21    Mazzarello?

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 139

1    discussions with you about Chris Herr commenting on

2    her possibly being pregnant at any time?

3        A    No.

4        Q    Did you ever have any discussions with

5    Jennifer Mazzarello about transferring off the team?

6        A    Yes.

7        Q    Tell me about that.

8        A    During the midyear review.

9        Q    March of 2001?

10       A    Right, right, she was upset about, you know,

11   things that had happened in the past, and she didn't

12   want to have her seat moved.  And you know, I said

13   would you be happier doing something else on another

14   team.  And she said no.

15       Q    Did you tell her or did you use the word

16   suck it up or anything like that?

17       A    No.

18       Q    Did you ever have any discussions with Tom

19   Moore about Jennifer Mazzarello becoming a technical

20   consultant?

21       A    Yes.

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 140

1      Q    Tell me about that please.

2      A    Well, the business was declining and we were

3   downsizing and we needed technical consultants.  We

4   needed good employees to be technical consultants and

5   we approached Jennifer to see if she wanted to do

6   that.

7      Q    Did Tom Moore talk to Jennifer Mazzarello

8   about that or did he say he wanted to do it without

9   your being present or how did that go?

10     A    I don't recall exactly.  I mean I believe I

11  had a discussion with Jennifer about it, mentioned it

12  to her.

13     Q    Was Tom Moore present?

14     A    No.

15     Q    What was Jennifer's reaction?

16     A    I don't recall.  Neutral.

17     Q    Do you recall Tom Moore asking to meet with

18  Jennifer outside of your presence?

19     A    No.

20     Q    Do you recall Jennifer Mazzarello telling

21  you that Tom Moore had indicated he wanted to meet

**Deposition of Pamela Worley**
**Taken on March 25, 2003**

Page 142

1    Ms. Mazzarello what she would do if she lost her job?

2         A    No.

3         Q    Is it true that a transfer from an account

4    manager to a technical consultant position is a

5    demotion?

6         A    No.

7         Q    Is it considered a lateral move?

8         A    You would stay within grade, meaning you

9    would be an A4, you would still be an A4.

10        Q    So considered a lateral move?

11        A    Yes.

12        Q    Not a demotion?

13        A    No.

14        Q    Not a promotion?

15        A    No.

16        Q    Had there been any other individuals that

17   you're aware of that had been transferred over to a

18   technical consultant's position and subsequently laid

19   off or terminated?

20        A    No, I don't recall.

21        Q    Were you a participant in any discussions