PDFMAILER.COM Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNIFER MAZZARELLO | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD 02 CV 3576 |
| LUCENT TECHNOLOGIES, INC. | * | |
| Defendant | * | |

* * * * * * * * * * * *

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time, and good cause having been shown, it is this _____ day of May, 2003,

ORDERED that the Consent Motion for Enlargement of Time be and is hereby GRANTED; and it is further

ORDERED that Plaintiff shall respond to Defendant's Motion for Summary Judgment no later than Monday, May 12, 2003.

_____
Hon. Andre M. Davis
United States District Judge