PDFMAILER.COM  Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNIFER MAZZARELLO | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD 02 CV 3576 |
| LUCENT TECHNOLOGIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time, and good cause having been shown, it is this 5th day of May, 2003,

ORDERED that the Consent Motion for Enlargement of Time be and is hereby GRANTED; and it is further

ORDERED that Plaintiff shall respond to Defendant's Motion for Summary Judgment no later than Monday, May 12, 2003.

_____/s/_____
Hon. Andre M. Davis
United States District Judge