PDFMAILER.COM    Print and send PDF files as Emails with any application, ad-sponsored and free of charge  www.pdfmailer.com

# Law Office of Paul V. Bennett

133 Defense Highway, Suite 209
Annapolis, Maryland 21401

Paul V. Bennett (MD,DC,VA,CA)  (410) 974-6000
James E. Zuna, Jr. (MD)  (301) 261-8161
_____  Fax: (410) 224-4590
David Ricklis, Paralegal  Email: bennlaw@aol.com

May 6, 2003

BY ELECTRONIC FILING ONLY

Honorable Andre M. Davis
United States District Judge
United States District Court for the
District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

          Re:    Mazzarello v. Lucent Technologies, Inc.,
                 Civil Action No. AMD 02 CV 3576

Dear Judge Davis:

      This letter is to confirm my conversations with your law clerk, Mr. Patel, on this date. As you are aware, this office filed yesterday a Motion for Enlargement of Time in which this office may, on behalf of the Plaintiff Jennifer Mazzarello, respond to Defendant Lucent Technologies' Motion for Summary Judgment. Your Honor granted that Motion and signed the proposed Order submitted by this office. Upon further review morning, I realized that I had inadvertently made a typographical error in the Order so that it read that Ms. Mazzarello's response would be due by May 12, 2003, rather than the May 19, 2003 deadline requested in the motion and consented to by opposing counsel.

      I contacted Mr. Patel this morning in order to determine how I needed to proceed with attempting to correct my error. I last spoke with Mr. Patel this afternoon, and was advised by him at the time that you had stated that nothing new needed to be submitted, and that this office may file Ms. Mazzarello's response by May 19, 2003.

      If the above does not comport with your understanding of the current status regarding Ms. Mazzarello's response, please do not hesitate to call this office. I apologize for any inconvenience that my error may have caused, and I thank you for your and your staff's assistance in this matter.

                                                        Very truly yours,

                                                        /s/

                                                        James E. Zuna, Jr.

cc:    Robert R. Niccolini, Esq. (By electronic filing and by facsimile)