PDFMAILER.COM Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JENNIFER MAZZARELLO       *

      Plaintiff       *

v.       *       Civil Action No. AMD 02 CV 3576

LUCENT TECHNOLOGIES, INC.       *

      Defendant       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Jennifer Mazzarello, Plaintiff, by and through her attorneys, Paul V. Bennett and James E. Zuna, Jr., hereby opposes the Motion for Summary Judgment filed by Lucent Technologies, Inc., and for grounds states as follows:

1.      There are disputes as to material facts.

2.      Defendant is not entitled to summary judgment as a matter of law.

3.      Plaintiff incorporates by reference Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and all exhibits attached thereto.

WHEREFORE, for the foregoing reasons, Jennifer Mazzarello, Plaintiff, requests that this Honorable Court deny Defendant's Motion for Summary Judgment.

Respectfully Submitted,

_____/s/_____

Paul V. Bennett, Esq.
Law Office of Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
(410) 974-6000
Federal Bar No: 10324

Attorney for Plaintiff

PDFMAILER.COM Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2003 that a copy of the foregoing Plaintiff's Opposition to Defendant's Motion for Summary Judgment was sent by electronic filing and by hand delivery to Robert R. Niccolini, Esquire, McGuire-Woods, LLP, 7 St. Paul Place, Suite 1000, Baltimore, Maryland 21202, Attorney for Defendant.

_____/s/_____
Paul V. Bennett, Esq.