PDFMAILER.COM  Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JENNIFER MAZZARELLO | * |
| Plaintiff | * |
| v. | *   Civil Action No. AMD 02 CV 3576 |
| LUCENT TECHNOLOGIES, INC. | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER DENYING MOTION FOR SUMMARY JUDGMENT

WHEREAS, Defendant's Motion for Summary Judgment and Plaintiff's Opposition thereto have been considered and the court, finding that material questions of fact remain,

IT IS HEREBY ORDERED, this _____ day of _____, 2003 that Defendant's Motion for Summary Judgment is DENIED.

 

\_\_\_                              Andre M. Davis
                                  U.S. District Court Judge

cc:    Counsel of Record