PDFMAILER.COM  Print and send PDF files as Emails with any application, ad-sponsored and free of charge  www.pdfmailer.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JENNIFER MAZZARELLO          *

     Plaintiff          *

v.          *          Civil Action No. AMD 02 CV 3576

LUCENT TECHNOLOGIES, INC.          *

     Defendant          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Paul V. Bennett Esq.
Law Office of Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
(410) 974-6000

Attorney for Jennifer Mazzarello, Plaintiff