# **TABLE OF CONTENTS**

|      |                                                                                                                              | Page |
|------|------------------------------------------------------------------------------------------------------------------------------|------|
| I.   | Summary of Claims .................................................................................... | 1    |
| II.  | Summary of Law ....................................................................................... | 1    |
| III. | Statement of Facts .................................................................................... | 3    |
|      | A. Plaintiff's Commencement of Employment with Lucent................ | 3    |
|      | B. Plaintiff's Supervision Under Chris Herr was Characterized by Repeated Offensive Conduct............................................................ | 3    |
|      | C. Mr. Chris Herr's Conduct Towards Plaintiff Following Transfer was a Continuation of the Same Kind of Misconduct..................... | 7    |
|      | D. Plaintiff's Mentoring by Tom Moore was More of the Same.......... | 8    |
|      | E. Plaintiff's Transfer Under Pam Worley Did Not Help Either.......... | 10   |
|      | F. Plaintiff's Role as a Mentor to Tom Moore's Secretary Led to Further Retaliation.......................................................................... | 12   |
|      | G. Plaintiff's Attempts to Seek Help from Human Resources Were Ignored.................................................................................... | 15   |
|      | H. Plaintiff's Subsequent Attempts to Complain to Pam Worley Were Also of No Help.......................................................................... | 17   |
|      | I. Plaintiff Was Constructively Discharged By Lucent......................... | 20   |
| IV.  | Argument ................................................................................................... | 21   |
|      | A. Plaintiff's Claims Are Timely............................................................ | 21   |
|      | B. Plaintiff's Sexual Harassment Claims are Actionable..................... | 23   |
|      | C. Defendant's Complaint Procedure, Which Was Utilized by Plaintiff, Was Ineffective................................................................ | 26   |
|      | D. Plaintiff Has Established a *Prima Facie* Case of Gender            |      |

PDFMAILER.COM  Print and send PDF files as Emails with any application, ad-sponsored and free of charge  www.pdfmailer.com

|   |   | Discrimination | 28 |
|---|---|---|---|
|   | E. | Constructive Discharge | 29 |
|   | F. | Defendant's Stated Reasons for Transferring Plaintiff Are Pretextual | 33 |
|   | G. | Plaintiff's Claims for Retaliation | 35 |
| V. | Conclusion |   | 38 |

Certificate of Service ................................................................................ 39

Index of Exhibits ……………………………………………………….. 40

ii