PDFMAILER.COM Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JENNIFER MAZZARELLO | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. AMD 02 CV 3576 |
| LUCENT TECHNOLOGIES, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF LENGTHY EXHIBITS**

The following exhibits, which are attachments to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, exist only in paper format and if scanned will be larger that 1.5 MB.

1. Deposition of Jennifer Mazzarello, 2/27/03
2. Deposition of Lisa Bryan
3. Deposition of Chris Herr
4. Performance Reviews and Evaluations
5. Deposition of Richard McFaul
6. Deposition of Tom Moore
7. Chris Herr e-mail to Jennifer Mazzarello, 5/27/99
8. Report Card Coordinators' meeting minutes, 10/27/99
9. Affidavit of Lisa Bryan
10. Affidavit of Tammy Shapiro
11. Career Development Plan Form - Twelve Months
12. Career Development Plan Form - Nine Months
13. Affidavit of Jennifer Mazzarello
14. Deposition of Laraine Scarpon
15. Affidavit of Erika Adams
16. Deposition of Jelani Rucker
17. Lucent-North America Job Descriptions
18. Resumé of Max Duarte
19. Memorandum for File
20. Lucent Sexual Harassment Policy.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

PDFMAILER.COM Print and send PDF files as Emails with any application, ad-sponsored and free of charge www.pdfmailer.com

Respectfully Submitted,

____/s/_____
Paul V. Bennett, Esq.
Law Office of Paul V. Bennett
133 Defense Highway, Suite 209
Annapolis, Maryland 21401
(410) 974-6000
Federal Bar No: 10324

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of May, 2003 that a copy of the foregoing Notice of Filing of Lengthy Exhibits was sent by electronic filing and by hand delivery to Robert R. Niccolini, Esquire, McGuire-Woods, LLP, 7 St. Paul Place, Suite 1000, Baltimore, Maryland 21202, Attorney for Defendant.

____/s/_____
Paul V. Bennett, Esq.