IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNIFER MAZZARELLO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 02 CV 3576 |
| LUCENT TECHNOLOGIES INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STIPULATION OF EXTENSION OF TIME TO FILE REPLY**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to extend the time that Defendant Lucent Technologies Inc. has to file a response to Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment to and including June 10, 2003. The extension is needed to accommodate the schedule of Defendant's counsel. The parties previously agreed to allow Plaintiff additional time to file her Opposition to Defendant's Motion for Summary Judgment.

**STIPULATED AND AGREED TO** this 23rd day of May, 2003.

_____/s/_____   _____/s/_____
Paul V. Bennett                                       Robert R. Niccolini
Law Office of Paul V. Bennett          McGuireWoods LLP
133 Defense Highway, Suite 209    7 Saint Paul Street, Suite 1000
Annapolis, Maryland 21401               Baltimore, MD 21202
(410) 974-6000                                    (410) 659-4400

Attorney for Plaintiff                           Attorney for Defendant
Jennifer Mazzarello                          Lucent Technologies Inc.

**SO ORDERED**, this the ____ day of _____, 2003.

_____
The Honorable Andre M. Davis
United States District Court Judge