# EXHIBIT B

Page 141

1  make a request of you to allow her to transfer off
2  of your team?
3      A.  Yes.
4      Q.  Did you advise her that you agreed to
5  transfer her off of the team at that time?
6      A.  I had asked her to stay.  She was a
7  valuable and important resource to the team.
8      Q.  The question was did you agree at that time
9  to allow her to transfer from your team?
10     A.  I don't recall.  I don't recall honestly.
11     Q.  Now, how long after this meeting with
12 Ms. Bryan did you receive a phone call from Mr. May?
13     A.  Shortly.
14     Q.  Then what happened at that time?
15     A.  I was confronted by Ed May and Sarah
16 Brazier.  Sarah spoke, Ed spoke.  Sarah got up and
17 left.  Ed had confronted me on three specific
18 complaints, three specific pieces of language.
19     Q.  What were those?
20     A.  I believe it was -- well, I'm unclear.  I
21 remember sphincter, woody and there was another one.

1  Ed told me it was unacceptable behavior, that I was
2  to stop immediately. If it continued there would be
3  additional consequences.
4       Q.  Did Mr. May elaborate as to what additional
5  consequences meant?
6       A.  I think it was pretty clear.
7       Q.  Okay. In your mind then what did that
8  mean?
9       A.  Without corrective action in a continued
10  course as it was alleged I would expect termination.
11      Q.  Now, you've indicated that Ms. Brazier was
12  there for at least a portion of this discussion with
13  Mr. May?
14      A.  Uh-huh, yes.
15      Q.  What did Ms. Brazier say during the course
16  of this conversation?
17      A.  She said, "Listen to Ed."
18      Q.  And then she left?
19      A.  Basically it was a -- Sarah and I had
20  talked earlier about the issue with Ms. Mazzarello.
21  I did not have a lot of discussion about Ms. Bryan.