**EXHIBIT D**

Page 140

1    Q    Tell me about that please.

2    A    Well, the business was declining and we were
3    downsizing and we needed technical consultants. We
4    needed good employees to be technical consultants and
5    we approached Jennifer to see if she wanted to do
6    that.

7    Q    Did Tom Moore talk to Jennifer Mazzarello
8    about that or did he say he wanted to do it without
9    your being present or how did that go?

10   A    I don't recall exactly. I mean I believe I
11   had a discussion with Jennifer about it, mentioned it
12   to her.

13   Q    Was Tom Moore present?

14   A    No.

15   Q    What was Jennifer's reaction?

16   A    I don't recall. Neutral.

17   Q    Do you recall Tom Moore asking to meet with
18   Jennifer outside of your presence?

19   A    No.

20   Q    Do you recall Jennifer Mazzarello telling
21   you that Tom Moore had indicated he wanted to meet

1   Ms. Mazzarello what she would do if she lost her job?

2       A    No.

3       Q    Is it true that a transfer from an account

4   manager to a technical consultant position is a

5   demotion?

6       A    No.

7       Q    Is it considered a lateral move?

8       A    You would stay within grade, meaning you

9   would be an A4, you would still be an A4.

10      Q    So considered a lateral move?

11      A    Yes.

12      Q    Not a demotion?

13      A    No.

14      Q    Not a promotion?

15      A    No.

16      Q    Had there been any other individuals that

17  you're aware of that had been transferred over to a

18  technical consultant's position and subsequently laid

19  off or terminated?

20      A    No, I don't recall.

21      Q    Were you a participant in any discussions