**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRE M. DAVIS**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 W. LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0801**<br>**FAX (410) 962-0820**<br>**MDDAMDChambers@mdd.uscourts.gov** |

June 15, 2003

MEMORANDUM TO COUNSEL RE:

Mazzarello v. Lucent Technologies, Inc.
<u>Civil No. AMD 02-3576</u>

    I am calendaring a hearing on the pending motion for summary judgment to take place on Wednesday, July 23, 2003, beginning at 4:30 p.m. The hearing will be held in Courtroom 5B. I look forward to seeing you then.

Very truly yours,

/s/

Andre M. Davis
United States District Judge

AMD:tt