IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNIFER MAZZARELLO, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 02-3576 |
| | : | |
| | : | |
| LUCENT TECHNOLOGIES, INC., | : | |
| Defendant | : | |

...o0o...

O R D E R

This case came before the Court for a hearing on the pending motion. Counsel having been heard, and the Court having rendered its ruling on the record, namely, that plaintiff failed to exhaust her administrative remedies in a timely fashion because she filed her charge of discrimination 303 days after the latest ostensible act of discrimination or harassment (which act was not, in any event, as a matter of law, discriminatory or harassing), it is this 24th day of July, 2003, ORDERED

(1)  The motion for summary judgment filed by Lucent Technologies, Inc. (Paper No. 9) is GRANTED and JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT;

(2)  The Clerk shall CLOSE THIS CASE.

/s/
ANDRE M. DAVIS
United States District Judge