IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| JENNIFER MAZZARELLO, | * |  |
| Plaintiff, | * |  |
| v. | * |  |
|  | * | Civil Action No. AMD 02 CV 3576 |
| LUCENT TECHNOLOGIES INC., | * |  |
| Defendant. | * |  |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## BILL OF COSTS OF LUCENT TECHNOLOGIES INC.

Defendant Lucent Technologies Inc. ("Lucent"), through undersigned counsel and pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure and Rule 109.1 of the Local Rules of the United States District Court for the District of Maryland, hereby submits its Bill of Costs as a prevailing party in the total amount of $2,693.30 . A full itemization supported by Affidavit and the legal ground supporting this Bill of Costs are fully set forth in the accompanying Memorandum of Points and Authorities in support hereof, incorporated herein by reference, and Lucent's proposed Order is also filed herewith.

WHEREFORE, Lucent respectfully requests that costs in the amount of $2,693.30 be taxed against Plaintiff, and that the Court grant Lucent such other and further relief as it deems appropriate.

        Respectfully submitted,

        _____/s/_____
        Robert R. Niccolini
        McGuireWoods LLP
        7 St. Paul Street, Suite 1000
        Baltimore, Maryland 21202
        410-659-4400

        Counsel for Lucent Technologies Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2003, the aforegoing Bill of Costs of Lucent Technologies Inc. was electronically filed, and was also mailed, first class, postage prepaid to Paul V. Bennett, Esquire, counsel for Plaintiff, 133 Defense Highway, Suite 209, Annapolis, Maryland 21401.

        _____/s/_____
        Robert R. Niccolini

\\LAB\380831.1