IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNIFER MAZZARELLO, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 02 CV 3576 |
| LUCENT TECHNOLOGIES INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendant Lucent Technologies Inc.'s Bill of Costs, the Memorandum of Points and Authorities in Support thereof with attached exhibits, and all matters of record; and being of the opinion that costs should be assessed against Plaintiff and in favor of Defendant as the prevailing party in this matter; it is by the Court, this _____ day of _____, 2003,

ORDERED that Plaintiff shall reimburse Defendant Lucent Technologies Inc. for costs incurred in this matter in the amount of $2,693.30.

_____
Andre M. Davis
United States District Court Judge

\\LAB\380825.1