**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JENNIFER MAZZARELLO, | * | |
| Plaintiff, | * | |
| v. | * | |
| | | Civil Action No. AMD 02 CV 3576 |
| LUCENT TECHNOLOGIES INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF ROBERT R. NICCOLINI, ESQUIRE

I, ROBERT R. NICCOLINI, do hereby depose and swear as follows:

1. I am over 21 years of age and have personal knowledge of and am competent to testify to the matters stated herein. I am counsel for Defendant Lucent Technologies Inc. in this matter.

2. Each item of cost itemized in Defendant's Memorandum of Points and Authorities in Support of its Bill of Costs was necessarily obtained for use in this case, and the services for which fees were charged were actually necessarily performed.

3. Attached are true and accurate copies of all invoices concerning court reporter and stenographic transcript costs necessarily incurred by Defendant for use in this case.

4. Lucent also incurred a removal fee of $150.00 in this matter.

Pursuant to 28 U.S.C. § 1746, I do hereby declare under the penalties of perjury that the foregoing is true and accurate.

Executed this 25th day of August, 2003.

/s/
_____
Robert R. Niccolini, Esq.

\\LAB\380842.1

# H R S

**HALLOCK REPORTING SERVICES**

P.O. Box 822
Brooklandville, MD 21022
888-296-DEPS(3377)   410-296-7566
Fax 410-296-4749   Fed ID - 52-1999736

**Invoice**

| DATE | INVOICE # |
|---|---|
| 3/17/2003 | 7880 |

PAID

| CAPTION |
|---|
| Mazarrello v. Lucent |

| WITNESS |
|---|
| |

| BILL TO |
|---|
| Robert Niccolini, Esquire<br>McGUIRE WOODS, LLP<br>1750 Tysons Boulevard<br>Suite 1800<br>McLean, VA 22102-4215 |

| DATE TAKEN | JOB # | DELIVERED | TERMS | DUE DATE | REPORTER |
|---|---|---|---|---|---|
| | 21569 | 3/5/2003 | Net 30 | 4/16/2003 | LS |

| DATE TAKEN | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Deposition of:<br>JENNIFER MAZZARELLO<br><br>Expedited Delivery of Transcript | 336 | 3.50 | 1,176.00 |
| | Multi-Page | | 0.00 | 0.00 |
| | Exhibits - Returned | | | 0.00 |
| | Handling & Delivery | | 15.00 | 15.00 |

*It's been a pleasure working with you!*

| TOTAL | $1,191.00 |
|---|---|

If not paid within 30 days, a 1.5% per month service
charge on the unpaid balance will apply.

**CORBIN & HOOK REPORTING, INC.**
P.O. Box 6239
Annapolis, MD 21401-9996
1-866-337-6778
Federal ID # 81-0568546

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/18/2003 | 341 |

**BILL TO**

Robert R. Niccolini, Esq.
McGuire Woods LLP
7 St. Paul Street
Suite 1000
Baltimore, Md 21202-1671

| DUE DATE |
|---|
| 4/17/2003 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Transcript | Copy of the deposition of Chris Herr and Jelani Rucker taken on March 17, 2003. | 350 | 1.75 | 612.50 |
| Exhibits copied | | 62 | 0.20 | 12.40 |
| | Jennifer Mazzarello vs Lucent Tech. | | | 0.00 |
| | Reporter: Jeff Hook | | | |



| TOTAL |
|---|
| $624.90 |

Thank you for your business!

Aug 20 2003 10:55AM   corbin & hook          410-956-0422          p.4

**CORBIN & HOOK REPORTING, INC.**
P.O. Box 6239
Annapolis, MD  21401-9996
1-866-337-6778
Federal ID # 81-0568546

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/2003 | 383 |

**BILL TO**

Robert R. Niccolini, Esq.
McGuire Woods LLP
7 St. Paul Street
Suite 1000
Baltimore, Md 21202-1671

**SHIP TO**

| DUE DATE |
|---|
| 5/1/2003 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Transcript | Copy of the deposition of Thomas Moore taken on March 24, 2003. | 275 | 1.75 | 481.25 |
| Shipping | | 1 | 6.50 | 6.50 |
| Exhibits copied | | 17 | 0.20 | 3.40 |
| | Jennifer Mazzarello vs Lucent Tech. | | | 0.00 |
| | Reporter: Jaci Kimball | | | |



| Total | 491.15 |
|---|---|

Thank you for your business!

**CORBIN & HOOK REPORTING, INC.**
**P.O. Box 6239**
**Annapolis, MD 21401-9996**
**1-866-337-6778**
**Federal ID # 81-0568546**

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/1/2003 | 387 |

**BILL TO**

Robert R. Niccolini, Esq.
McGuire Woods LLP
7 St. Paul Street
Suite 1000
Baltimore, Md 21202-1671

**SHIP TO**

| DUE DATE |
|---|
| 5/1/2003 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Transcript | Copy of the deposition of Pamela Worley and Denise Panyik-Dale taken on March 25, 2003. | 220 | 1.75 | 385.00 |
| Shipping | | 1 | 6.50 | 6.50 |
| | Jennifer Mazzarello vs Lucent Tech. | | | 0.00 |
| | Reporter: Jaci Kimball | | | |



| Total | 391.50 |
|---|---|

Thank you for your business!

Aug 20 2003 10:55AM   corbin & hook                    410-956-0422                    p.6

**CORBIN & HOOK REPORTING, INC.**
P.O. Box 6239
Annapolis, MD 21401-9996
1-866-337-6778
Federal ID # 81-0568546

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/5/2003 | 425A |

**BILL TO**

Robert R. Niccolini, Esq.
McGuire Woods LLP
7 St. Paul Street
Suite 1000
Baltimore, Md 21202-1671

**SHIP TO**

| DUE DATE |
|---|
| 6/4/2003 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Transcript | Copy of the deposition of Dawn Dugan taken on April 10, 2003. (5 day turnaround) | 133 | 1.85 | 246.05 |
| Shipping | Overnight ups | 1 | 17.50 | 17.50 |
| | Jennifer Mazzarello vs Lucent Tech. | | | 0.00 |
| | Reporter: Monica Koski | | | |



| Total | 263.55 |
|---|---|

Thank you for your business!

**CORBIN & HOOK REPORTING, INC.**
P.O. Box 6239
Annapolis, MD  21401-9996
1-866-337-6778
Federal ID # 81-0568546

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/24/2003 | 357 |

**BILL TO**

Robert R. Niccolini, Esq.
McGuire Woods LLP
7 St. Paul Street
Suite 1000
Baltimore, Md 21202-1671

**SHIP TO**

| DUE DATE |
|---|
| 4/23/2003 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Transcript | Copy of the deposition of Richard McFaul taken on March 19, 2003. | 236 | 1.75 | 413.00 |
| Shipping | | 1 | 6.50 | 6.50 |
| Exhibits copied | | 33 | 0.20 | 6.60 |
| | Mazzarello vs Lucent Tech. | | | 0.00 |
| | Reporter: Jeff Hook | | | |


PAID

| Total | 426.10 |
|---|---|

Thank you for your business!

**VERITEXT/NEW JERSEY REPORTING COMPANY, L.L.C.**
*Kabot Battaglia & Hammer – Suburban Shorthand – Waga and Spinelli – Arthur J. Frannicola CSR*
25B Vreeland Road
Suite 301
Florham Park, New Jersey 07932
Tel: (973) 410-4040   Fax: (973) 410-1313
Tax I.D. No. 22-3543330

```
ROBERT NICOLINI, ESQ                   August 21, 2003
MC GUIRE WOODS, LLP
7 SAINT PAUL STREET                    Invoice# 3022TC
SUITE 1000
BALTIMORE, MD  21202-1671              Balance:        $.00
```

Caption: MAZZARELLO vs LUCENT TECHNOLOGIES

Scheduled: 04/03/03   Billed: 04/09/03
Reporter: TERESA CUELLAR, CSR# XI01843

| Charge Description | Amount |
|---|---|
| ONE COPY OF THE DEPOSITION IN THE ABOVE-MATTER OF: | |
| LARAINE SCARPON, 119 PAGES @ $3.00 PER PAGE | 357.00 |
| SPLITTING EXPEDITED FEE WITH PLAINTIFFS ATTORNEY (YOUR SHARE) 119 PAGES @ $1.10 PER PAGE | 130.90 |
| UPS | 19.50 |

1.50% per month on unpaid balance

```
                           Sub Total:        507.40
                    Payments/Credits:        507.40
     P l e a s e   R e m i t  - - - >  Total Due:       $.00
```

**MAKE CHECK PAYABLE TO:**

```
VERITEXT/NEW JERSEY REPORTING COMPANY, L.L.C.   INVOICE# 3022TC
P.O. Box 14048A
Newark, New Jersey 07198-0048                   BALANCE$        .00
```
**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**