IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JENNIFER MAZZARELLO  :

    v.  :  CIVIL ACTION NO. AMD-02-3576

LUCENT TECHNOLOGIES  :

..o0o..

**O R D E R**

On July 24, 2003, judgment was entered in favor of the defendant and against the plaintiff. (Paper No. 21.)  On August 25, 2003, prevailing party defendant electronically filed a Bill of Costs pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920, seeking taxation of the fees of the clerk and court reporter.[1]  (Paper No. 22.)  A subsequent objection and reply were filed by the parties. (Paper Nos. 24 & 25.)

Local Rule 109.1.a (D.Md. 2001) provides that a Bill of Costs *shall* be filed within fourteen days of the entry of a judgment.  Non-compliance with this time limit is deemed a waiver of costs. Defendant has failed to comply with the time limit set forth in Local Rule 109.1.a.  *See also* Fed. R. Civ. P. 6(a).  Accordingly, defendant's request for costs must be denied in its entirety as untimely filed.

Dated this ____31st_____ day of _____March_____, 2004.

                                                      /s/
                                    Frances E. Kessler, Chief Deputy Clerk
                                    for: Felicia Cannon, Clerk of the Court

---

[1] Plaintiff filed a notice of appeal on August 22, 2003.  On February 24, 2004, the United States Court of Appeals for the Fourth Circuit affirmed the judgment of this court. (*See* Paper No. 26.)  The appeal record was returned to this court on March 18, 2004.